EDWARD N. JOHNSTON and Another v. CHARLES S. PAYSON and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BRUCE REYNOLDS v. JOHN FOLAND, Impleaded with STREET & SMITH PUBLICATIONS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley, and Townley, JJ.

LOUISE McGOWAN v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession and Liquidate the Business of the INDIPENDENT MUTUAL CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for a stay, denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WALTER J. STONE, INC., v. THE PROVIDENT LOAN SOCIETY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

J. L. HOPKINS & COMPANY v. D. L. SILVERMAN, Doing Business, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANKLIN J. MATCHETTE v. ALICE S. STATLER, Impleaded with FRANK A. McKOWNE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SUPERIOR LAMP & AUTOMOTIVE EQUIPMENT CO., INC., v. APCO MOSSBERG CORPORATION. CHARLES G. HOFFMAN v. SUPERIOR LAMP & AUTOMOTIVE EQUIPMENT CO., INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

STANDARD OIL COMPANY OF NEW YORK v. CHRISTIAN WOLLERSEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ALBERT TILT CO., INC., to Confirm the Award Made in the Arbitration Proceedings between ALBERT TILT CO., INC., OF NEW YORK CITY and WESTERHOFF BROTHERS CO., INC., OF DENVER, PENNSYLVANIA, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.